UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Daniel S. Miller,

        Plaintiff,

vs.                                       ORDER

Mark Wavra,

        Defendant.                  Civ. No. 05-794 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

This matter came before the Court by Stipulation as to Substitution of Plaintiff [Docket No. 8]. Based upon the Stipulation, and upon all files, records and proceedings herein, it is --

ORDERED:

1.    That the Stipulation as to Substitution of Plaintiff [Docket No. 8] is approved in its entirety; and

2.    That David G. Velde, as Trustee of the Daniel S. Miller Bankruptcy Estate shall be substituted as the Plaintiff in this action.

Dated: September 21, 2005                BY THE COURT:

                                                      s/Raymond L. Erickson
                                                      Raymond L. Erickson
                                                      CHIEF U.S. Magistrate Judge